UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KAYCIE ROLAND and LUIS VIERA,**

    **Plaintiffs,**

**v.**                                                                    **Case No: 5:24-cv-394-PRL**

**LOS MAGUEYES MEXICAN
RESTAURANT OF BEVERLY HILLS,
INC., et al.,**

    **Defendants.**

_____

### ORDER

This consent case is before the Court on the Mediation Report (Doc. 47) advising that "the parties reached a resolution as to the claims filed by Plaintiff, Kaycie Roland, but are at an impasse as to the claim filed by Plaintiff, Luis Viera."

Accordingly, it is ORDERED that:

1. This case was brought under the Fair Labor Standards Act (FLSA). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Therefore, the parties will be required to submit settlement documents for the Court's review, if the claim or claims have been compromised, or other appropriate dismissal documents. If the parties have settled this matter without compromise, they may file a stipulation of dismissal in accordance with Rule 41 of the Federal Rules of Civil Procedure to close this file.

2.  The parties shall have until April 15, 2025, to file the appropriate documents as to the claims filed by Kaycie Roland.

3.  As to the claim filed by Luis Viera, all remaining deadlines set forth in the IDEAL Case Management Order (Doc. 36) shall remain in effect.

**DONE** and **ORDERED** in Ocala, Florida on March 10, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties