UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KAYCIE ROLAND and LUIS VIERA,**

    **Plaintiffs,**

v.                                                                            Case No: 5:24-cv-394-PRL

**LOS MAGUEYES MEXICAN**
**RESTAURANT OF BEVERLY HILLS,**
**INC., et al.,**

    **Defendants.**

## ORDER

This consent case brought under the Fair Labor Standards Act is before the Court for consideration of the parties' joint motion to stay proceedings (Doc. 51), as well as the suggestions of death of Plaintiffs Kaycie Roland (Doc. 49) and Plaintiff Luis Viera (Doc. 50). The parties recite that Plaintiffs were both involved in a motor vehicle accident on March 10, 2025, resulting in their deaths. The parties request a 90 day stay of proceedings pending appointment of personal representatives for the estates of each plaintiff.

Accordingly, upon due consideration, it is ORDERED that:

1. The parties' joint motion to stay proceedings (Doc. 51) is GRANTED. All deadlines in this case are hereby STAYED.

2. The Clerk is directed to administratively close the case, subject to the right of any party to move to reopen the case.

3. On or before August 1, 2025, as warranted by the circumstances, the parties shall file an appropriate motion to reopen the case or to extend the stay upon

- 2 -

good cause shown. The parties are advised that a **motion** must be filed to reopen the case; a notice or any pleading other than a motion will fail to bring the matter to the Court's attention.

**DONE** and **ORDERED** in Ocala, Florida on April 25, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties