UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KAYCIE ROLAND and LUIS VIERA,**

    **Plaintiffs,**

v.                                                                    Case No: 5:24-cv-394-PRL

**LOS MAGUEYES MEXICAN RESTAURANT OF BEVERLY HILLS, INC., et al.,**

    **Defendants.**

## ORDER

This consent case brought under the Fair Labor Standards Act is before the Court upon periodic review. Previously, this case was stayed due to the suggestion of death of the Plaintiffs. (Doc. 52). The parties then jointly requested that the Court extend the stay of proceedings an additional 90 days to allow for the appointment of personal representatives for each Plaintiff's estate. The Court granted that request and provided the parties a deadline of December 1, 2025, for the parties to file an appropriate motion to reopen the case or to extend the stay upon good cause shown. (Doc. 54). That deadline has passed with no action by any party.

Accordingly, by written response filed within 14 days of the date of this Order, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute pursuant to Local Rule 3.10.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on January 20, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties